Exhibit 1

Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41

Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107

## United States Patent and Trademark Office

Reg. No. 1,364,137
Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9-0-1954; IN COMMERCE 9-0-1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7-0-1972; IN COMMERCE 7-0-1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9-0-1937; IN COMMERCE 9-0-1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9-0-1973; IN COMMERCE 9-0-1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4-0-1968; IN COMMERCE 4-0-1968.

FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2-0-1948; IN COMMERCE 2-0-1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-1903; IN COMMERCE 9-0-1903.

2                                    1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8–0–1948; IN COMMERCE 8–0–1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6–0–1948; IN COMMERCE 6–0–1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5–0–1949; IN COMMERCE 5–0–1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0–0–1891; IN COMMERCE 0–0–1891.

SER. NO. 390,876, FILED 9–28–1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41

Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107

## United States Patent and Trademark Office

Reg. No. 1,364,137

Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHI-GAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9-0-1954; IN COMMERCE 9-0-1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CAS-SETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7-0-1972; IN COMMERCE 7-0-1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9-0-1937; IN COMMERCE 9-0-1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9-0-1973; IN COMMERCE 9-0-1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4-0-1968; IN COMMERCE 4-0-1968.

FOR: PEWTER MUGS, MUGS, WINE DE-CANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2-0-1948; IN COMMERCE 2-0-1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-1903; IN COMMERCE 9-0-1903.

2

1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8-0-1948; IN COMMERCE 8-0-1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6-0-1948; IN COMMERCE 6-0-1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5-0-1949; IN COMMERCE 5-0-1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1891.

SER. NO. 390,876, FILED 9-28-1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

**Int. Cls.: 25, 26 and 41**

**Prior U.S. Cls.: 39, 40 and 107**

**United States Patent and Trademark Office**

Reg. No. 1,310,132
Registered Dec. 18, 1984

## TRADEMARK
## SERVICE MARK
### Principal Register

## MICHIGAN

The Regents of The University of Michigan
(Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

Int. Cls.: **25, 26 and 41**

Prior U.S. Cls.: **39, 40 and 107**

## United States Patent and Trademark Office

**Reg. No. 1,310,132**
Registered Dec. 18, 1984

## TRADEMARK
## SERVICE MARK
### Principal Register

## MICHIGAN

The Regents of The University of Michigan
    (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

    For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

    First use Sep. 1947; in commerce Sep. 1947.

    For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

    First use Sep. 1970; in commerce Sep. 1970.

    For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

    First use 1879; in commerce 1879.

    Sec. 2(f).

    Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

**Int. Cls.: 6, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27 and 28**

**Prior U.S. Cls.: 2, 13, 19, 22, 27, 28, 32, 36, 37, 38, 39, 40, 41, 42 and 50**

Reg. No. 1,307,632

## United States Patent and Trademark Office

Registered Dec. 4, 1984

### TRADEMARK
### Principal Register

## M GO BLUE

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: KEY RINGS; METAL LICENSE PLATES AND FRAMES, in CLASS 6 (U.S. Cls. 13, 19 and 50).

First use May 1968; in commerce May 1968.

For: CLOCKS, WATCHES, in CLASS 14 (U.S. Cl. 27).

First use May 1965; in commerce May 1965.

For: KAZOOS, in CLASS 15 (U.S. Cl. 36).

First use Apr. 1979; in commerce Apr. 1979.

For: PLAYING CARDS, PENS, LETTER OPENERS, BUMPER STICKERS, PAPER EMBLEMS, PAPER NAPKINS, NOTE PAPER HOLDERS, in CLASS 16 (U.S. Cls. 22, 37 and 38).

First use Aug. 1965; in commerce Aug. 1965.

For: UMBRELLAS, in CLASS 18 (U.S. Cl. 41).

First use May 1978; in commerce May 1978.

For: PILLOWS, WICKER BASKETS, STADIUM CUSHIONS, NOVELTY BUTTONS, in CLASS 20 (U.S. Cls. 2, 32 and 50).

First use May 1978; in commerce May 1978.

For: MUGS, TRAYS, ICE BUCKETS, in CLASS 21 (U.S. Cl. 2).

First use Jun. 1969; in commerce Jun. 1969.

For: TOWELS, PENNANTS, FLAGS, in CLASS 24 (U.S. Cls. 42 and 50).

First use Mar. 1968; in commerce Mar. 1968.

For: APRONS, SHIRTS, CAPS, SCARVES, PONCHOS, SOCKS, WARM-UP SUITS, BELTS, WRISTBANDS, HEADBANDS, T-SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1975; in commerce Sep. 1975.

For: DECORATIVE PLAQUES, BELT BUCKLES, PINS & BROACHES OF NON-PRECIOUS METAL, in CLASS 26 (U.S. Cls. 28 and 40).

First use Sep. 1971; in commerce Sep. 1971.

For: FLOOR MATS, WALL HANGINGS, in CLASS 27 (U.S. Cls. 42 and 50).

First use May 1974; in commerce May 1974.

For: TOY FLYING DISCS, BASKETBALLS, STUFFED TOY ANIMALS, CHRISTMAS ORNAMENTS & STOCKINGS, THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 1980; in commerce Sep. 1980.

Ser. No. 390,883, filed Sep. 28, 1982.

SUSAN L. HELLER, Examining Attorney

Int. Cls.: 6, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27 and 28

Prior U.S. Cls.: 2, 13, 19, 22, 27, 28, 32, 36, 37, 38, 39, 40, 41, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 1,307,632

Registered Dec. 4, 1984

## TRADEMARK
### Principal Register

## M GO BLUE

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: KEY RINGS; METAL LICENSE PLATES AND FRAMES, in CLASS 6 (U.S. Cls. 13, 19 and 50).

First use May 1968; in commerce May 1968.

For: CLOCKS, WATCHES, in CLASS 14 (U.S. Cl. 27).

First use May 1965; in commerce May 1965.

For: KAZOOS, in CLASS 15 (U.S. Cl. 36).

First use Apr. 1979; in commerce Apr. 1979.

For: PLAYING CARDS, PENS, LETTER OPENERS, BUMPER STICKERS, PAPER EMBLEMS, PAPER NAPKINS, NOTE PAPER HOLDERS, in CLASS 16 (U.S. Cls. 22, 37 and 38).

First use Aug. 1965; in commerce Aug. 1965.

For: UMBRELLAS, in CLASS 18 (U.S. Cl. 41).

First use May 1978; in commerce May 1978.

For: PILLOWS, WICKER BASKETS, STADIUM CUSHIONS, NOVELTY BUTTONS, in CLASS 20 (U.S. Cls. 2, 32 and 50).

First use May 1978; in commerce May 1978.

For: MUGS, TRAYS, ICE BUCKETS, in CLASS 21 (U.S. Cl. 2).

First use Jun. 1969; in commerce Jun. 1969.

For: TOWELS, PENNANTS, FLAGS, in CLASS 24 (U.S. Cls. 42 and 50).

First use Mar. 1968; in commerce Mar. 1968.

For: APRONS, SHIRTS, CAPS, SCARVES, PONCHOS, SOCKS, WARM-UP SUITS, BELTS, WRISTBANDS, HEADBANDS, T-SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1975; in commerce Sep. 1975.

For: DECORATIVE PLAQUES, BELT BUCKLES, PINS & BROACHES OF NON-PRECIOUS METAL, in CLASS 26 (U.S. Cls. 28 and 40).

First use Sep. 1971; in commerce Sep. 1971.

For: FLOOR MATS, WALL HANGINGS, in CLASS 27 (U.S. Cls. 42 and 50).

First use May 1974; in commerce May 1974.

For: TOY FLYING DISCS, BASKETBALLS, STUFFED TOY ANIMALS, CHRISTMAS ORNAMENTS & STOCKINGS, THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 1980; in commerce Sep. 1980.

Ser. No. 390,883, filed Sep. 28, 1982.

SUSAN L. HELLER, Examining Attorney

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,357,021**

## United States Patent and Trademark Office

Registered June 13, 2000

### SERVICE MARK
**PRINCIPAL REGISTER**

## WOLVERINES

REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
4020 FLEMING BUILDING
ANN ARBOR, MI 481091349

FOR: ORGANIZING EXHIBITIONS FOR COLLEGIATE ATHLETICS, NAMELY, FOOTBALL, BASKETBALL, HOCKEY, BASEBALL AND SOCCER, COLLEGIATE TOURNAMENTS, AND COLLEGIATE FOOTBALL GAMES; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES; ORGANIZING FESTIVALS FEATURING A VARIETY OF ACTIVITIES, NAMELY, SPORTING EVENTS; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ENTERTAINMENT IN THE NATURE OF FOOTBALL GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1927; IN COMMERCE 9-0-1927.

SER. NO. 75-616,726, FILED 1-7-1999.

KEVON CHISOLM, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 2,781,716**

**United States Patent and Trademark Office**

Registered Nov. 11, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## M GO BLUE

THE REGENTS OF THE UNIVERSITY OF MI-
CHIGAN (MICHIGAN CONSTITUTIONAL
CORPORATION)
1080 FLEMING BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: EDUCATIONAL AND ENTERTAINMENT
SERVICES; NAMELY, CONDUCTING COLLEGI-

ATE ATHLETIC EXHIBITIONS AND GAMES , IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-24-1998; IN COMMERCE 10-24-1998.

SER. NO. 76-474,733, FILED 12-13-2002.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# Michigan

**Reg. No. 4,764,581**

**Registered June 30, 2015**

**Int. Cls.: 14, 16, 26, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

REGENTS OF THE UNIVERSITY OF MICHIGAN (MICHIGAN STATE UNIVERSITY), AKA
 UNIVERSITY OF MICHIGAN
5010 FLEMING ADMINISTRATION BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: CLOCKS; EARRINGS; NECKLACES; RINGS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: CALENDARS; DECALS; DESK STANDS AND HOLDERS FOR PENS, PENCILS, AND INK; GREETING CARDS; MEMO PADS; PENCILS; PENS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1974; IN COMMERCE 8-0-1974.

FOR: EMBROIDERED EMBLEMS; ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: FLOOR MATS; RUGS; VINYL WALL COVERINGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 2-0-1981; IN COMMERCE 2-0-1981.

FOR: BASKETBALLS; CHRISTMAS TREE ORNAMENTS; COVERS FOR GOLF CLUBS; DOG TOYS; GOLF BALLS; GOLF CLUB BAGS; HEAD COVERS FOR GOLF CLUBS; STUFFED DOLLS AND ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1979; IN COMMERCE 11-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,310,132, 3,246,002 AND OTHERS.

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,764,581** SEC. 2(F).

SER. NO. 86-453,303, FILED 11-13-2014.

KAMAL PREET, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 16, 20, 25 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 29, 32, 37, 38, 39, 50, 100, 101 and 107

**Reg. No. 1,974,554**

## United States Patent and Trademark Office
Registered May 21, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## KU

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION) STRONG HALL, UNIVERSITY OF KANSAS LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11–29–1938; IN COMMERCE 11–29–1938.

FOR: BAG CHAIRS, CUSHIONS, DIRECTOR'S CHAIRS, PLASTIC FLAGS, FRAMES, FURNITURE, MINI-BLINDS FOR WINDOWS, PILLOWS, PLAQUES, NON-METALLIC KEY CHAINS, SEATS, WOODEN ARTIFACT BOXES AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9–1–1971; IN COMMERCE 9–1–1971.

FOR: APPAREL, NAMELY T-SHIRTS, SWEATSHIRTS, SPORTS SHIRTS, REPLICA ATHLETIC UNIFORMS, SHORTS, SWEATERS, BELTS, GLOVES, HANDWARMERS IN THE NATURE OF MITTENS AND GLOVES, HATS, LEATHER SHOES, SLIPPERS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–3–1959; IN COMMERCE 3–3–1959.

FOR: EDUCATIONAL SERVICES, NAMELY PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE AND GRADUATE LEVEL; EDUCATIONAL RESEARCH; ENTERTAINMENT EXHIBITIONS IN THE NATURE OF SPORTING EVENTS; AND ENTERTAINMENT SERVICES IN THE NATURE OF THEATER AND CONCERT PRODUCTIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11–25–1938; IN COMMERCE 11–25–1938.

OWNER OF U.S. REG. NO. 1,112,475.

SER. NO. 74–540,007, FILED 6–20–1994.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 16, 20, 25 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 29, 32, 37, 38, 39, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 1,974,554

Registered May 21, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### KU

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION) STRONG HALL, UNIVERSITY OF KANSAS LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11–29–1938; IN COMMERCE 11–29–1938.

FOR: BAG CHAIRS, CUSHIONS, DIRECTOR'S CHAIRS, PLASTIC FLAGS, FRAMES, FURNITURE, MINI-BLINDS FOR WINDOWS, PILLOWS, PLAQUES, NON-METALLIC KEY CHAINS, SEATS, WOODEN ARTIFACT BOXES AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9–1–1971; IN COMMERCE 9–1–1971.

FOR: APPAREL, NAMELY T-SHIRTS, SWEATSHIRTS, SPORTS SHIRTS, REPLICA ATHLETIC UNIFORMS, SHORTS, SWEATERS, BELTS, GLOVES, HANDWARMERS IN THE NATURE OF MITTENS AND GLOVES, HATS, LEATHER SHOES, SLIPPERS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–3–1959; IN COMMERCE 3–3–1959.

FOR: EDUCATIONAL SERVICES, NAMELY PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE AND GRADUATE LEVEL; EDUCATIONAL RESEARCH; ENTERTAINMENT EXHIBITIONS IN THE NATURE OF SPORTING EVENTS; AND ENTERTAINMENT SERVICES IN THE NATURE OF THEATER AND CONCERT PRODUCTIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11–25–1938; IN COMMERCE 11–25–1938.

OWNER OF U.S. REG. NO. 1,112,475.

SER. NO. 74–540,007, FILED 6–20–1994.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 16, 20, 25 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 29, 32, 37, 38, 39, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 1,974,554
Registered May 21, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## KU

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION) STRONG HALL, UNIVERSITY OF KANSAS LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11–29–1938; IN COMMERCE 11–29–1938.

FOR: BAG CHAIRS, CUSHIONS, DIRECTOR'S CHAIRS, PLASTIC FLAGS, FRAMES, FURNITURE, MINI-BLINDS FOR WINDOWS, PILLOWS, PLAQUES, NON-METALLIC KEY CHAINS, SEATS, WOODEN ARTIFACT BOXES AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9–1–1971; IN COMMERCE 9–1–1971.

FOR: APPAREL, NAMELY T-SHIRTS, SWEATSHIRTS, SPORTS SHIRTS, REPLICA ATHLETIC UNIFORMS, SHORTS, SWEATERS, BELTS, GLOVES, HANDWARMERS IN THE NATURE OF MITTENS AND GLOVES, HATS, LEATHER SHOES, SLIPPERS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–3–1959; IN COMMERCE 3–3–1959.

FOR: EDUCATIONAL SERVICES, NAMELY PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE AND GRADUATE LEVEL; EDUCATIONAL RESEARCH; ENTERTAINMENT EXHIBITIONS IN THE NATURE OF SPORTING EVENTS; AND ENTERTAINMENT SERVICES IN THE NATURE OF THEATER AND CONCERT PRODUCTIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11–25–1938; IN COMMERCE 11–25–1938.

OWNER OF U.S. REG. NO. 1,112,475.

SER. NO. 74–540,007, FILED 6–20–1994.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 16, 25 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107

Reg. No. 2,073,857

## United States Patent and Trademark Office

Registered June 24, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## KANSAS

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION) STRONG HALL, UNIVERSITY OF KANSAS LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1–7–1938; IN COMMERCE 1–7–1938.

FOR: APPAREL, NAMELY, T-SHIRTS, SWEATSHIRTS, SPORT SHIRTS, REPLICA ATHLETIC UNIFORMS, SHORTS, AND SWEATERS, BELTS, GLOVES, HAND-WARMERS IN THE NATURE OF MITTENS AND GLOVES, HATS, LEATHER SHOES, SLIP-PERS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–7–1938; IN COMMERCE 1–7–1938.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE AND GRADUATE LEVEL; EDUCATIONAL RESEARCH; ENTERTAIN-MENT EXHIBITIONS IN THE NATURE OF SPORTING EVENTS; AND ENTERTAINMENT SERVICES IN THE NATURE OF THEATER AND CONCERT PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1–7–1938; IN COMMERCE 1–7–1938.

SEC. 2(F).

SER. NO. 75–133,893, FILED 7–15–1996.

0IMBERLY PERRY, EXAMINING ATTORNEY

Int. Cls.: 16, 25 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,073,857
Registered June 24, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## KANSAS

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION) STRONG HALL, UNIVERSITY OF KANSAS LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1–7–1938; IN COMMERCE 1–7–1938.

FOR: APPAREL, NAMELY, T-SHIRTS, SWEATSHIRTS, SPORT SHIRTS, REPLICA ATHLETIC UNIFORMS, SHORTS, AND SWEATERS, BELTS, GLOVES, HAND-WARMERS IN THE NATURE OF MITTENS AND GLOVES, HATS, LEATHER SHOES, SLIP-PERS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–7–1938; IN COMMERCE 1–7–1938.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE AND GRADUATE LEVEL; EDUCATIONAL RESEARCH; ENTERTAIN-MENT EXHIBITIONS IN THE NATURE OF SPORTING EVENTS; AND ENTERTAINMENT SERVICES IN THE NATURE OF THEATER AND CONCERT PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1–7–1938; IN COMMERCE 1–7–1938.

SEC. 2(F).

SER. NO. 75–133,893, FILED 7–15–1996.

0IMBERLY PERRY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,443,532

Registered June 10, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# JAYHAWKS

THE UNIVERSITY OF KANSAS (KANSAS EDU-
CATIONAL INSTITUTION)
STRONG HALL, UNIVERSITY OF KANSAS
LAWRENCE, KS 66045

FOR: T-SHIRTS, SWEATSHIRTS, JACKETS,
SPORTS SHIRTS, GOLF SHIRTS, REPLICA ATH-
LETIC UNIFORMS, SHORTS, SWEATERS, BELTS,
MITTENS, GLOVES, HATS, VISORS, NECKTIES,
LEATHER SHOES AND SLIPPERS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,109,715, 2,059,529,
AND 2,827,452.

SER. NO. 77-069,556, FILED 12-21-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,640,171**

**Registered Nov. 18, 2014**

**Int. Cls.: 6, 11, 14, 16, 20, 21, 25, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



**Deputy Director of the United States Patent and Trademark Office**

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA (ALABAMA CORPORATION)
P. O. BOX BT
401 QUEEN CITY AVENUE
TUSCALOOSA, AL 354011551

FOR: METAL KEY CHAINS; METAL LICENSE PLATES; METAL PADLOCKS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: FLASH LIGHTS, LAMPS, ELECTRIC NIGHT LIGHTS, WATER COOLERS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: EARRINGS, NECKLACES, BRACELETS BEING JEWELRY, WATCHES, RINGS BEING JEWELRY, PENDANTS, ORNAMENTAL LAPEL PINS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: STICKERS, LETTERHEAD STATIONERY, POSTCARDS, BLANK NOTE CARDS, WRAPPING PAPER, AND DECORATIVE PAPER BOWS FOR WRAPPING, ADDRESS BOOKS, APPOINTMENT BOOKS, PAPERWEIGHTS, PRINTED MEDIA GUIDES, PROGRAMS, BROCHURES ABOUT UPCOMING EVENTS AND EDUCATIONAL AND ENTERTAINMENT PROGRAMS, DECALS FOR USE ON LAND VEHICLES, ENVELOPES, PAPER BAGS AND POUCHES FOR PACKAGING, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: BAR STOOLS, BUNK BEDS, CHAIRS, BENCHES, TABLES, BABY CRIBS, WOODEN PICTURE FRAMES, PLASTIC NOVELTY LICENSE PLATES, METAL PICTURE FRAMES;

**Reg. No. 4,640,171**  NONMETAL KEY CHAINS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: DRINKING GLASSES, SHOT GLASSES, STAINED GLASS, DECORATIVE GLASS FIGURINES, WATER BOTTLES SOLD EMPTY, MUGS, PORTABLE COOLERS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, HATS, SOCKS, SHOES, SHIRTS, SHORTS, PANTS, JACKETS, JERSEYS, T-SHIRTS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: STUFFED ANIMALS, YO-YO'S, BASKETBALLS, GOLF BALLS, FOOTBALLS, TOY MODEL CARS AND PLANES, BOARD GAMES, CHRISTMAS TREE ORNAMENTS; SNOW GLOBES; PLAYING CARDS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION AND TRAINING AT THE UNIVERSITY UNDERGRADUATE, GRADUATE, EXTENSION, AND COMMUNITY EDUCATION LEVELS, AND PROVIDING PUBLIC LECTURES, AND WORKSHOPS, SEMINARS, AND CONFERENCES CONDUCTED IN CONNECTION WITH THE FOREGOING, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

OWNER OF U.S. REG. NOS. 1,322,955, 1,351,302, AND 2,745,882.

THE MARK CONSISTS OF THE LETTER "A" IN STYLIZED FORM.

SER. NO. 86-220,316, FILED 3-13-2014.

SUSAN RICHARDS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,443,532**

Registered June 10, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# JAYHAWKS

THE UNIVERSITY OF KANSAS (KANSAS EDU-
CATIONAL INSTITUTION)
STRONG HALL, UNIVERSITY OF KANSAS
LAWRENCE, KS 66045

FOR: T-SHIRTS, SWEATSHIRTS, JACKETS,
SPORTS SHIRTS, GOLF SHIRTS, REPLICA ATH-
LETIC UNIFORMS, SHORTS, SWEATERS, BELTS,
MITTENS, GLOVES, HATS, VISORS, NECKTIES,
LEATHER SHOES AND SLIPPERS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,109,715, 2,059,529,
AND 2,827,452.

SER. NO. 77-069,556, FILED 12-21-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,640,171**

**Registered Nov. 18, 2014**

**Int. Cls.: 6, 11, 14, 16, 20, 21, 25, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA (ALABAMA CORPORATION)
P. O. BOX BT
401 QUEEN CITY AVENUE
TUSCALOOSA, AL 354011551

FOR: METAL KEY CHAINS; METAL LICENSE PLATES; METAL PADLOCKS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: FLASH LIGHTS, LAMPS, ELECTRIC NIGHT LIGHTS, WATER COOLERS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: EARRINGS, NECKLACES, BRACELETS BEING JEWELRY, WATCHES, RINGS BEING JEWELRY, PENDANTS, ORNAMENTAL LAPEL PINS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: STICKERS, LETTERHEAD STATIONERY, POSTCARDS, BLANK NOTE CARDS, WRAPPING PAPER, AND DECORATIVE PAPER BOWS FOR WRAPPING, ADDRESS BOOKS, APPOINTMENT BOOKS, PAPERWEIGHTS, PRINTED MEDIA GUIDES, PROGRAMS, BROCHURES ABOUT UPCOMING EVENTS AND EDUCATIONAL AND ENTERTAINMENT PROGRAMS, DECALS FOR USE ON LAND VEHICLES, ENVELOPES, PAPER BAGS AND POUCHES FOR PACKAGING, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: BAR STOOLS, BUNK BEDS, CHAIRS, BENCHES, TABLES, BABY CRIBS, WOODEN PICTURE FRAMES, PLASTIC NOVELTY LICENSE PLATES, METAL PICTURE FRAMES;

**Reg. No. 4,640,171**  NONMETAL KEY CHAINS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: DRINKING GLASSES, SHOT GLASSES, STAINED GLASS, DECORATIVE GLASS FIGURINES, WATER BOTTLES SOLD EMPTY, MUGS, PORTABLE COOLERS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, HATS, SOCKS, SHOES, SHIRTS, SHORTS, PANTS, JACKETS, JERSEYS, T-SHIRTS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: STUFFED ANIMALS, YO-YO'S, BASKETBALLS, GOLF BALLS, FOOTBALLS, TOY MODEL CARS AND PLANES, BOARD GAMES, CHRISTMAS TREE ORNAMENTS; SNOW GLOBES; PLAYING CARDS, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION AND TRAINING AT THE UNIVERSITY UNDERGRADUATE, GRADUATE, EXTENSION, AND COMMUNITY EDUCATION LEVELS, AND PROVIDING PUBLIC LECTURES, AND WORKSHOPS, SEMINARS, AND CONFERENCES CONDUCTED IN CONNECTION WITH THE FOREGOING, ALL THE FOREGOING RELATING TO A UNIVERSITY AND/OR TO COLLEGIATE SPORTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

OWNER OF U.S. REG. NOS. 1,322,955, 1,351,302, AND 2,745,882.

THE MARK CONSISTS OF THE LETTER "A" IN STYLIZED FORM.

SER. NO. 86-220,316, FILED 3-13-2014.

SUSAN RICHARDS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



Int. Cls.: **16, 21, 24, 25 and 41**

Prior U.S. Cls.: **2, 37, 39, 50 and 107**

**United States Patent and Trademark Office**

Reg. No. 1,483,351
Registered Apr. 5, 1988

## TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

## UNIVERSITY OF ALABAMA

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, THE (ALABAMA CORPORATION)
P.O.BOX BT
401 QUEEN CITY AVE.
UNIVERSITY, AL 35486

FOR: NOTEBOOKS AND REPORT COVERS, IN CLASS 16 (U.S. CL. 37).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: DRINKING MUGS, CUPS, AND PLATES, INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CL. 2).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: BANNERS, IN CLASS 24 (U.S. CL. 50).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: JERSEYS AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: EDUCATIONAL SERVICES, NAMELY, UNIVERSITY UNDERGRADUATE, GRADUATE, EXTENSION, AND COMMUNITY EDUCATION, PUBLIC LECTURES, AND WORKSHOPS, SEMINARS, AND CONFERENCES; ENTERTAINMENT SERVICES, NAMELY, SPORTS EXHIBITIONS, THEATRICAL PRODUCTIONS, PUBLIC LECTURES, ART EXHIBITIONS, MUSICAL CONCERTS, DANCE AND BALLET PERFORMANCES, AND MOTION PICTURE EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

OWNER OF U.S. REG. NO. 1,429,820.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY OF", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 397,787, FILED 9-30-1982.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cls.: 16, 21, 24, 25 and 41

Prior U.S. Cls.: 2, 37, 39, 50 and 107

**United States Patent and Trademark Office**
Reg. No. 1,483,351
Registered Apr. 5, 1988

## TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

## UNIVERSITY OF ALABAMA

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, THE (ALABAMA CORPORA-TION)
P.O. BOX BT
401 QUEEN CITY AVE.
UNIVERSITY, AL 35486

FOR: NOTEBOOKS AND REPORT COVERS, IN CLASS 16 (U.S. CL. 37).
FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.
FOR: DRINKING MUGS, CUPS, AND PLATES, INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CL. 2).
FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.
FOR: BANNERS, IN CLASS 24 (U.S. CL. 50).
FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.
FOR: JERSEYS AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: EDUCATIONAL SERVICES, NAMELY, UNIVERSITY UNDERGRADUATE, GRADU-ATE, EXTENSION, AND COMMUNITY EDU-CATION, PUBLIC LECTURES, AND WORK-SHOPS, SEMINARS, AND CONFERENCES; EN-TERTAINMENT SERVICES, NAMELY, SPORTS EXHIBITIONS, THEATRICAL PRODUCTIONS, PUBLIC LECTURES, ART EXHIBITIONS, MU-SICAL CONCERTS, DANCE AND BALLET PERFORMANCES, AND MOTION PICTURE EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).
FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.
OWNER OF U.S. REG. NO. 1,429,820.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY OF", APART FROM THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 397,787, FILED 9–30–1982.

DAVID C. REIHNER, EXAMINING ATTOR-NEY

Int. Cls.: 6, 11, 16, 18, 20, 21, 24 and 25

Prior U.S. Cls.: 2, 3, 13, 21, 32, 37, 38, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,429,820
Registered Feb. 24, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ALABAMA

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, THE (ALABAMA CORPORATION)
P.O. BOX BT
401 QUEEN CITY AVENUE
UNIVERSITY, AL 35486

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: ELECTRIC LAMPS, IN CLASS 11 (U.S. CL. 21).
FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: LOOSELEAF BINDERS, NOTEPAD HOLDERS, PENS, AND DECALS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: WALLETS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1970; IN COMMERCE 0-0-1970.

FOR: PILLOWS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: WASTEBASKETS INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CL. 2).
FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: PENNANTS MADE OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CL. 42).
FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: UNDERSHIRTS, LADIES' NIGHTGOWNS, SHIRTS, T-SHIRTS, POLO SHIRTS, JERSEYS, SWEAT SHIRTS, SWEAT SUITS, SWEATERS, JACKETS, SHORTS, SOCKS, AND VISORS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.
SEC. 2(F).

SER. NO. 397,796, FILED 9-30-1982.

JODY HALLER DRAKE, EXAMINING ATTORNEY



Int. Cls.: 6, 11, 16, 18, 20, 21, 24 and 25

Prior U.S. Cls.: 2, 3, 13, 21, 32, 37, 38, 39 and 42

**United States Patent and Trademark Office**

Reg. No. 1,429,820
Registered Feb. 24, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ALABAMA

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, THE (ALABAMA CORPORATION)
P.O. BOX BT
401 QUEEN CITY AVENUE
UNIVERSITY, AL 35486

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: ELECTRIC LAMPS , IN CLASS 11 (U.S. CL. 21).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: LOOSELEAF BINDERS, NOTEPAD HOLDERS, PENS, AND DECALS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: WALLETS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1970; IN COMMERCE 0–0–1970.

FOR: PILLOWS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: WASTEBASKETS INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CL. 2).

FIRST USE 0–0–1960; IN COMMERCE 0–0–1960.

FOR: PENNANTS MADE OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CL. 42).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: UNDERSHIRTS, LADIES' NIGHTGOWNS, SHIRTS, T-SHIRTS, POLO SHIRTS, JERSEYS, SWEAT SHIRTS, SWEAT SUITS, SWEATERS, JACKETS, SHORTS, SOCKS, AND VISORS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

SEC. 2(F).

SER. NO. 397,796, FILED 9–30–1982.

JODY HALLER DRAKE, EXAMINING ATTORNEY

Int. Cls.: 6, 11, 16, 18, 20, 21, 24 and 25

Prior U.S. Cls.: 2, 3, 13, 21, 32, 37, 38, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,429,820
Registered Feb. 24, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## ALABAMA

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, THE (ALABAMA CORPORATION)
P.O. BOX BT
401 QUEEN CITY AVENUE
UNIVERSITY, AL 35486

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: ELECTRIC LAMPS , IN CLASS 11 (U.S. CL. 21).
FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: LOOSELEAF BINDERS, NOTEPAD HOLDERS, PENS, AND DECALS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: WALLETS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1970; IN COMMERCE 0–0–1970.

FOR: PILLOWS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: WASTEBASKETS INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CL. 2).
FIRST USE 0–0–1960; IN COMMERCE 0–0–1960.

FOR: PENNANTS MADE OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CL. 42).
FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

FOR: UNDERSHIRTS, LADIES' NIGHTGOWNS, SHIRTS, T-SHIRTS, POLO SHIRTS, JERSEYS, SWEAT SHIRTS, SWEAT SUITS, SWEATERS, JACKETS, SHORTS, SOCKS, AND VISORS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.
SEC. 2(F).

SER. NO. 397,796, FILED 9–30–1982.

JODY HALLER DRAKE, EXAMINING ATTORNEY

Int. Cls.: 6, 8, 9, 11, 14, 16, 18, 20, 21, 24, 25, 26, 28 and 34

Prior U.S. Cls.: 2, 3, 8, 13, 21, 22, 23, 27, 28, 30, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42 and 50

**Reg. No. 1,338,772**

## United States Patent and Trademark Office

Registered June 4, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## CRIMSON TIDE

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA; THE (ALABAMA CORPORATION)
P.O. BOX BT
401 QUEEN CITY AVE.
UNIVERSITY, AL 35486

FOR: KEY RINGS, METAL LICENSE PLATES FOR LAND VEHICLES AND LICENSE PLATE FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: POCKET KNIVES, IN CLASS 8 (U.S. CL. 23).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: MEGAPHONES, IN CLASS 9 (U.S. CL. 36).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: COMMODE SEATS, ELECTRICAL FANS FOR DOMESTIC USE, ELECTRIC NIGHTLIGHTS AND LAMPS, IN CLASS 11 (U.S. CLS. 13, 21 AND 34).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: GOLD PINS, NECKLACES, BRACELETS, GOLD EARRINGS, CHAINS, BROACHES, WATCHES, THE TACS AND CLOCKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: NOTEBOOKS, LOOSELEAF BINDERS, WRITING PAPER AND ENVELOPES, DESK PADS, NOTEPAD HOLDERS, LETTER OPENERS, PENCIL CUPS, PLASTIC CONTAINERS FOR PAPER CLIPS, APPOINTMENT BOOKS, ADDRESS BOOKS, WALL CALENDARS, PROTECTIVE BINDERS FOR DIPLOMAS, PENS, PEN AND PENCIL SETS, BOOK ENDS, LAP BOARDS FOR HOLDING BOOKS AND PAPER, DECALS, PICTURE POSTCARDS, BUMPER STICKERS, SCHOOL BOOK BAGS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 3, 22, 32, 37 AND 38).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: TOTE BAGS, HAND LUGGAGE, BRIEFCASES, ATTACHE CASES, BRIEFCASE TYPE PORTFOLIOS, BACKPACKS, GARMENT BAGS FOR TRAVEL, AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: PILLOWS, STADIUM CUSHIONS, CHAIRS, CHAIR CUSHIONS, DECORATIVE WALL PLAQUES AND ORNAMENTAL NOVELTY BUTTONS, IN CLASS 20 (U.S. CL. 50).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: DRINKING MUGS, GLASSES, AND CUPS, PLATES, VACUUM BOTTLES, PICNIC COOLERS, BABY BOTTLES, SOAP DISHES, CERAMIC STATUES, AND WASTEBASKETS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: TOWELS, BLANKETS, PENNANTS, AND BANNERS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

2                           1,338,772

FOR: UNDERSHIRTS, SLEEP SHIRTS, ROBES, SHIRTS, T-SHIRTS, TENNIS SHIRTS, POLO SHIRTS, LADIES' TOPS, JERSEYS, SWEAT SHIRTS, SWEAT SUITS, WARM-UP SUITS, SWEATERS, BLAZERS, JACKETS, VESTS, SHORTS, BABY PANTS, INFANTS' JUMPERS, BIBS, TIES, SHOES, MITTENS, SCARVES, SOCKS AND CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1953.

FOR: BELT BUCKLES, BUTTONS FOR CLOTHING, CLOTHING PATCHES, AND SHOELACES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: RACQUET COVERS, FOOTBALLS, TOY STUFFED ANIMALS AND TOY FLYING DISCS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

FOR: ASHTRAYS, CIGARETTE LIGHTERS, AND PIPES, IN CLASS 34 (U.S. CL. 8).

FIRST USE 0-0-1930; IN COMMERCE 0-0-1930.

SER. NO. 399,074, FILED 9-30-1982.

CYNTHIA B. WHITE, EXAMINING ATTORNEY

Int. Cls.: 6, 8, 9, 11, 14, 16, 18, 20, 21, 24, 25, 26, 28 and 34

Prior U.S. Cls.: 2, 3, 8, 13, 21, 22, 23, 27, 28, 30, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42 and 50

Reg. No. 1,338,772

## United States Patent and Trademark Office
Registered June 4, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## CRIMSON TIDE

BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA; THE (ALABAMA CORPORATION)
P.O. BOX BT
401 QUEEN CITY AVE.
UNIVERSITY, AL 35486

FOR: KEY RINGS, METAL LICENSE PLATES FOR LAND VEHICLES AND LICENSE PLATE FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: POCKET KNIVES, IN CLASS 8 (U.S. CL. 23).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: MEGAPHONES, IN CLASS 9 (U.S. CL. 36).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: COMMODE SEATS, ELECTRICAL FANS FOR DOMESTIC USE, ELECTRIC NIGHTLIGHTS AND LAMPS, IN CLASS 11 (U.S. CLS. 13, 21 AND 34).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: GOLD PINS, NECKLACES, BRACELETS, GOLD EARRINGS, CHAINS, BROACHES, WATCHES, TIE TACS AND CLOCKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: NOTEBOOKS, LOOSELEAF BINDERS, WRITING PAPER AND ENVELOPES, DESK PADS, NOTEPAD HOLDERS, LETTER OPENERS, PENCIL CUPS, PLASTIC CONTAINERS FOR PAPER CLIPS, APPOINTMENT BOOKS, ADDRESS BOOKS, WALL CALENDARS, PROTECTIVE BINDERS FOR DIPLOMAS, PENS, PEN AND PENCIL SETS, BOOK ENDS, LAP BOARDS FOR HOLDING BOOKS AND PAPER, DECALS, PICTURE POSTCARDS, BUMPER STICKERS, SCHOOL BOOK BAGS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 3, 22, 32, 37 AND 38).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: TOTE BAGS, HAND LUGGAGE, BRIEFCASES, ATTACHE CASES, BRIEFCASE TYPE PORTFOLIOS, BACKPACKS, GARMENT BAGS FOR TRAVEL, AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: PILLOWS, STADIUM CUSHIONS, CHAIRS, CHAIR CUSHIONS, DECORATIVE WALL PLAQUES AND ORNAMENTAL NOVELTY BUTTONS, IN CLASS 20 (U.S. CL. 50).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: DRINKING MUGS, GLASSES, AND CUPS, PLATES, VACUUM BOTTLES, PICNIC COOLERS, BABY BOTTLES, SOAP DISHES, CERAMIC STATUES, AND WASTEBASKETS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: TOWELS, BLANKETS, PENNANTS, AND BANNERS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

OVER

2                                       1,338,772

FOR: UNDERSHIRTS, SLEEP SHIRTS, ROBES, SHIRTS, T-SHIRTS, TENNIS SHIRTS, POLO SHIRTS, LADIES' TOPS, JERSEYS, SWEAT SHIRTS, SWEAT SUITS, WARM-UP SUITS, SWEATERS, BLAZERS, JACKETS, VESTS, SHORTS, BABY PANTS, INFANTS' JUMPERS, BIBS, TIES, SHOES, MITTENS, SCARVES, SOCKS AND CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1953.

FOR: BELT BUCKLES, BUTTONS FOR CLOTHING, CLOTHING PATCHES, AND SHOELACES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: RACQUET COVERS, FOOTBALLS, TOY STUFFED ANIMALS AND TOY FLYING DISCS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

FOR: ASHTRAYS, CIGARETTE LIGHTERS, AND PIPES, IN CLASS 34 (U.S. CL. 8).

FIRST USE 0–0–1930; IN COMMERCE 0–0–1930.

SER. NO. 399,074, FILED 9–30–1982.

CYNTHIA B. WHITE, EXAMINING ATTORNEY

Int. Cls.: **16, 20, 21 and 25**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 25, 29, 30, 32, 33, 37, 38, 39, 40 and 50**

Reg. No. 1,975,744

**United States Patent and Trademark Office**  Registered May 28, 1996

10 Year Renewal/Amended  Renewal Term Begins May 28, 2006

## TRADEMARK
## PRINCIPAL REGISTER



UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION),
STRONG HALL
UNIVERSITY OF KANSAS
LAWRENCE, KS 660451500

OWNER OF U.S. REG. NO. 1,112,475.

THE MARK COMPRISES THE LETTERS "KU" AND A STYLIZED DESIGN OF A JAYHAWK.

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, [ PAPER FLAGS, ] PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-8-1965; IN COMMERCE 10-8-1965.

FOR: BAG CHAIRS, CUSHIONS, DIRECTOR'S CHAIRS, PLASTIC FLAGS, FRAMES, FURNITURE, [ MINI-BLINDS FOR WINDOWS, ] PILLOWS, PLAQUES, NON-METALLIC KEY CHAINS, SEATS, WOODEN ARTIFACT BOXES AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-27-1972; IN COMMERCE 12-27-1972.

FOR: BEVERAGE CONTAINERS, PLASTIC COASTERS, COOLERS, GLASSES, PLASTIC MUGS, [ SQUIRT BOTTLES, ] NON-PRECIOUS METAL TANKARDS, [ PLASTIC SWIZEL STICKS ] AND THERMAL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1948; IN COMMERCE 0-0-1948.

FOR: APPAREL, NAMELY T-SHIRTS, SWEATSHIRTS, SPORTS SHIRTS, REPLICA ATHLETIC UNIFORMS, SHORTS, SWEATERS, BELTS, GLOVES, HAND-WARMERS IN THE NATURE OF MITTENS AND GLOVES, HATS, LEATHER SHOES, SLIPPERS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-3-1959; IN COMMERCE 3-3-1959.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 12, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

SER. NO. 74-539,928, FILED 6-20-1994.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 12, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cls.: 16, 20, 21 and 25

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 29, 30, 32, 33,
37, 38, 39, 40 and 50                                    Reg. No. 1,975,744

**United States Patent and Trademark Office**   Registered May 28, 1996

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF KANSAS, THE (KANSAS
  STATE EDUCATIONAL INSTITUTION)
STRONG HALL
UNIVERSITY OF KANSAS
LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK
CHECKS, PRINTED CARDS, CLIPBOARDS,
DECALS, PAPER FLAGS, PENCILS, PENS,
PHOTOGRAPH ALBUMS, PLAYING CARDS,
POSTCARDS, PRINTS, STICKERS AND
TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 10-8-1965; IN COMMERCE
10-8-1965.

FOR: BAG CHAIRS, CUSHIONS, DIREC-
TOR'S CHAIRS, PLASTIC FLAGS, FRAMES,
FURNITURE, MINI-BLINDS FOR WINDOWS,
PILLOWS, PLAQUES, NON-METALLIC KEY
CHAINS, SEATS, WOODEN ARTIFACT BOXES
AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2,
13, 22, 25, 32 AND 50).

FIRST USE 12-27-1972; IN COMMERCE
12-27-1972.

FOR: BEVERAGE CONTAINERS, PLASTIC
COASTERS, COOLERS, GLASSES, PLASTIC
MUGS, SQUIRT BOTTLES, NON-PRECIOUS
METAL TANKARDS, PLASTIC SWIZEL
STICKS AND THERMAL MUGS, IN CLASS 21
(U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1948; IN COMMERCE
0-0-1948.

FOR: APPAREL, NAMELY T-SHIRTS,
SWEATSHIRTS, SPORTS SHIRTS, REPLICA
ATHLETIC UNIFORMS, SHORTS, SWEATERS,
BELTS, GLOVES, HANDWARMERS IN THE
NATURE OF MITTENS AND GLOVES, HATS,
LEATHER SHOES, SLIPPERS, TIES AND
VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-3-1959; IN COMMERCE
3-3-1959.

OWNER OF U.S. REG. NO. 1,112,475.

THE MARK COMPRISES THE LETTERS
"KU" AND A STYLIZED DESIGN OF A JAY-
HAWK.

SER. NO. 74-539,928, FILED 6-20-1994.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: **16, 20 and 21**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 25, 29, 30, 32, 33, 37, 38, 40 and 50**

Reg. No. 2,059,529

**United States Patent and Trademark Office** Registered May 6, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## JAYHAWKS

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION) STRONG HALL, UNIVERSITY OF KANSAS LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1963; IN COMMERCE 0–0–1963.

FOR: BAG CHAIRS, CUSHIONS, DIREC-TOR'S CHAIRS, PLASTIC FLAGS, FRAMES, FURNITURE, MINI-BLINDS FOR WINDOWS, PILLOWS, PLAQUES, NON-METALLIC KEY CHAINS, SEATS, WOODEN ARTIFACT BOXES AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0–0–1963; IN COMMERCE 0–0–1963.

FOR: BEVERAGE CONTAINERS, PLASTIC COASTERS, COOLERS, GLASSES, PLASTIC MUGS, SQUIRT BOTTLES, NON-PRECIOUS METAL TANKARDS, PLASTIC SWIZEL STICKS AND THERMAL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0–0–1963; IN COMMERCE 0–0–1963.

OWNER OF U.S. REG. NO. 1,109,715.

SER. NO. 75–975,421, FILED 7–15–1994.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: **16, 20 and 21**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 25, 29, 30, 32, 33, 37, 38, 40 and 50**

**Reg. No. 2,059,529**

## United States Patent and Trademark Office

Registered May 6, 1997

### TRADEMARK
### PRINCIPAL REGISTER

### JAYHAWKS

UNIVERSITY OF KANSAS, THE (KANSAS STATE EDUCATIONAL INSTITUTION)
STRONG HALL, UNIVERSITY OF KANSAS
LAWRENCE, KS 660451500

FOR: PRINTED AWARDS, PRINTED BANK CHECKS, PRINTED CARDS, CLIPBOARDS, DECALS, PAPER FLAGS, PENCILS, PENS, PHOTOGRAPH ALBUMS, PLAYING CARDS, POSTCARDS, PRINTS, STICKERS AND TRANSFERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1963; IN COMMERCE 0–0–1963.

FOR: BAG CHAIRS, CUSHIONS, DIRECTOR'S CHAIRS, PLASTIC FLAGS, FRAMES, FURNITURE, MINI-BLINDS FOR WINDOWS, PILLOWS, PLAQUES, NON-METALLIC KEY CHAINS, SEATS, WOODEN ARTIFACT BOXES AND WOOD SIGNS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25 AND 50).

FIRST USE 0–0–1963; IN COMMERCE 0–0–1963.

FOR: BEVERAGE CONTAINERS, PLASTIC COASTERS, COOLERS, GLASSES, PLASTIC MUGS, SQUIRT BOTTLES, NON-PRECIOUS METAL TANKARDS, PLASTIC SWIZEL STICKS AND THERMAL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0–0–1963; IN COMMERCE 0–0–1963.

OWNER OF U.S. REG. NO. 1,109,715.

SER. NO. 75–975,421, FILED 7–15–1994.

G. T. GLYNN, EXAMINING ATTORNEY